Clifford Wright # 93-7204
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76597

Style  Wright vs. State of Texas

Re: information on State 11.07 Habeas Corpus

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

Cause No. 13267-B

Court 104th Taylor County

Charge ~~████████~~ murder intent cause death

Lawyer in 1999. Jeff Johnson

WR No. Unknown ?

Town. Abilene Texas

Date Feb 11th 2015.

"cover letter"

Dear Hon. Abel Acosta Clerk. :

Enclosed please find my letter. concerning the above cause.

1) I would like to know if a State 11.07 Habeas corpus been filed in this case ? yes or no. if so when & who ?

2) could you please give me the writ number _____

3) has a P.D.R. been filed in my case ? yes or no. if so what is the P.D.R. number & when was it file, & denied?

Thank you for your cooperation.

Clifford Wright                    # 937204